# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY HAROLD KELLY,          No. CIV S-09-2749-FCD-CMK

    Plaintiff,

  vs.                    <u>ORDER</u>

MONICA MARLOW,

    Defendant.

_____ /

      Plaintiff, who is proceeding pro se, brings this civil action. This matter is currently set for an initial status/scheduling conference on March 18, 2010. On February 12, 2010, the court issued findings and recommendations that defendant's motion to dismiss be granted and that this action be dismissed in its entirety. No objections to the findings and recommendations have been filed and the matter has been submitted to the District Judge for de novo review. In the meantime, the scheduling conference will be vacated.

      IT IS SO ORDERED.

DATED: March 17, 2010

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE